CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: supriya.prasad@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cv-00083-JCM-VCF |
| Plaintiff/Appellee, | **Stipulation to Extend Deadlines Regarding Defendant's Appeal (First Request)** |
| v. | |
| JAMES VASCO KROHN POOLEY, | |
| Defendant/Appellant. | |

It is hereby stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney, through Supriya Prasad, Assistant United States Attorney, and Craig Mueller, Esq., counsel for defendant/appellant, that the government's deadline to respond to defendant/appellant's Opening Brief, ECF No. 7, currently set for April 15, 2022, be extended until May 6, 2022.

This Stipulation is entered into for the following reasons:

1. Counsel for the government needs additional time to respond to the defendant/appellant's Opening Brief.

2. The defendant/appellant is not serving a custodial sentence and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the government sufficient time within which to be able to effectively respond to the defendant/appellant's Opening Brief.

DATED this 11th day of April, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

./s/ Supriya Prasad                                          /s/ Craig Mueller
SUPRIYA PRASAD                                      CRAIG MUELLER, ESQ.
Assistant United States Attorney            *Counsel for Defendant*
*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>JAMES VASCO KROHN POOLEY,<br><br>Defendant/Appellant. | Case No. 2:22-cv-00083-JCM-VCF |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the government needs additional time to respond to the defendant/appellant's Opening Brief.

2. The defendant/appellant is not serving a custodial sentence and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the government sufficient time within which to be able to effectively respond to the defendant/appellant's Opening Brief.

///
///
///
///
///

**ORDER**

IT IS THEREFORE ORDERED that the government shall have to and including May 6, 2022 to file its response to the defendant/appellant's Opening Brief.

DATED April 13, 2022.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE